UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHEN DOHERTY,<br>a/k/a Nathan Doherty,<br><br>Defendant. | 3:19-CR-30160-RAL<br><br>ORDER DENYING MOTION TO SUPPRESS |

Defendant Nathan Doherty moved to suppress statements he made along with all the evidence police officers seized when searching his person and property. Doc. 39. Magistrate Judge Mark A. Moreno issued a report and recommendation on August 4, 2020, recommending that Doherty's motion be denied. Doc. 61.

This Court reviews a report and recommendation pursuant to the statutory standards found in 28 U.S.C. § 636(b)(1), which provides in relevant part that "[a] judge of the [district] court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." However, "[i]n the absence of an objection, the district court is not required 'to give any more consideration to the magistrate's report than the court considers appropriate.'" United States v. Murillo-Figueroa, 862 F. Supp. 2d 863, 866 (N.D. Iowa 2012) (quoting Thomas v. Arn, 474 U.S. 140, 150 (1985)).

1

Doherty has not objected to the report and recommendation and the fourteen days for doing so has now passed. Nevertheless, this Court has reviewed the report and recommendation de novo and agrees with it in full.

Accordingly, it is hereby

ORDERED that the Report and Recommendation for Disposition of Motion to Suppress, Doc. 61, is adopted. It is further

ORDERED that Doherty's Motion to Suppress, Doc. 39, is denied.

DATED this 19th day of August, 2020.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE